# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Raiheam L. Owens                                   Docket No. 5:14-MJ-2057-1

### Petition for Action on Conditions of Pretrial Release

COMES NOW Peter J Yalango, U.S. Probation Officer of the court, presenting an official report upon the conduct of defendant, Raiheam L. Owens, who was placed under pretrial release supervision by the Honorable Robert T. Numbers, II, U.S. Magistrate Judge, sitting in the Court at Raleigh, on the 1st day of May, 2017.

On September 5, 2017, a Petition for Action on Conditions of Pretrial Release was submitted to the Court reporting that the defendant had submitted a urinalysis sample which tested positive for cocaine and marijuana on August 29, 2017. This officer petitioned for a substance abuse treatment condition be added to his conditions of release to address. The Court agreed to this modification on September 11, 2017. The defendant was referred for a substance abuse assessment at Integrated Behavioral Healthcare Services and enrolled in the Surprise Urinalysis Program on September 12, 2017.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant submitted a urinalyis sample on October 18, 2017, which tested positive for marijuana and cocaine.

The defendant failed to attend a substance abuse assessment at Integrated Behavioral Healthcare Services on September 14, 2017; September 22, 2017; and September 28, 2017.

The defendant failed to provide scheduled urinalysis samples on September 20, 2017, and October 10, 2017.

**PRAYING THAT THE COURT WILL ORDER** that a hearing be scheduled to determine if the defendant's pretrial supervision should be revoked.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Eddie J. Smith<br>Eddie J. Smith<br>Supervising U.S. Probation Officer | /s/ Peter J Yalango<br>Peter J Yalango<br>U.S. Probation Officer<br>150 Rowan Street Suite 110<br>Fayetteville, NC 28301<br>Phone: 910-354-2546<br>Executed On: October 24, 2017 |

**Raiheam L. Owens**
**Docket No. 5:14-MJ-2057-1**
**Petition For Action**
**Page 2**

## ORDER OF THE COURT

Considered and ordered on October 25, 2017. It is further ordered that this document shall be filed and made a part of the records in the above case.

_____
Robert T. Numbers, II
United States Magistrate Judge